OFFICE OF DISCIPLINARY COUNSEL *v.* SPRAGUE.

[Cite as *Disciplinary Counsel v. Sprague* (1996), 74 Ohio St.3d 624.]

(No. 95–2181—Submitted December 6, 1995—Decided February 28, 1996.)

626

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* After reviewing the record, we agree with the board's findings, conclusions, and recommendation. Accordingly, we permanently disbar respondent from the practice of law in Ohio and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.